UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GURJANT SINGH,

Petitioner,

v.

TODD LYONS, et al.,

Respondents.

No.  1:26-cv-00262-DJC-SCR

FINDINGS & RECOMMENDATIONS

Petitioner is proceeding with a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 challenging arrest and detention by ICE.  The district court ordered, by way of preliminary injunctive relief, Petitioner's release and that rearrest not occur absent certain procedural protections.  ECF No. 7.  Respondents report that petitioner has been released.  ECF No. 9.

Prior to arrest, ICE had released Petitioner into the United States premised upon either an explicit or implicit finding that Petitioner was not dangerous or a flight risk.  While on release, Petitioner did not commit any crimes and materially complied with conditions of release. Petitioner is not subject to a final order of removal.  Considering all of these factors, and adopting the reasoning in the court's rulings in Mariagua v. Chestnut, 1:25-cv-01744-DJC-CKD at ECF No. 18, and Ortega v. Noem, 1:25-cv-01663-DJC-CKD at ECF No. 15, the court finds Petitioner's Fifth Amendment right to procedural due process was violated and recommends that the petition for writ of habeas corpus be granted on count one and counts two through seven be denied as moot.  It is further recommended that the preliminary injunctive relief previously

1

granted be made permanent and the Clerk of Court be directed to close this case.

The undersigned additionally recommends denying Respondents' renewed motion to dismiss for the reasons identified above and request to stay this action pending the Ninth Circuit's decision in Rodriguez Vazquez v. Bostock.  ECF No. 9.

These Findings and Recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within seven (7) days after being served with these Findings and Recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be filed and served within seven (7) days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: February 13, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE