1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    GURJANT SINGH,                          No.  1:26-cv-00262-DJC-SCR

12                   Petitioner,

13           v.                               ORDER

14    TODD LYONS, et al.,

15                   Respondents.

16

17          Petitioner is a federal immigration detainee proceeding through counsel in this

18    habeas corpus action filed pursuant to 28 U.S.C. § 2241.  The matter was referred to a

19    United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule

20    302.

21          On February 13, 2026, the Magistrate Judge filed findings and

22    recommendations herein which were served on all parties and which contained notice

23    to all parties that any objections to the findings and recommendations were to be filed

24    within seven days.  Respondents filed an objection to the findings and

25    recommendations based on their previously filed briefing.

26          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

27    304, this Court has conducted a de novo review of this case. Having carefully reviewed

28    the entire file, the Court finds the findings and recommendations to be supported by

1 | the record and by proper analysis.

2 |     Accordingly, IT IS HEREBY ORDERED that:

3 |     1.  The findings and recommendations (ECF No. 11) are adopted in full.

4 |     2.  Petitioner's application for a writ of habeas corpus (ECF No. 1) is granted on

5 | count one.  Counts two through seven of the petition are denied as moot.

6 |     3.  The preliminary injunctive relief previously granted is made permanent.

7 |     4.  Respondents' renewed motion to dismiss (ECF No. 9) and request to stay

8 | this action pending the Ninth Circuit's decision in *Rodriguez Vazquez v. Bostock* are

9 | denied.

10 |     5.  The Clerk of Court is directed to enter judgment in favor of petitioner and to

11 | close this case.

12 |

13 |     IT IS SO ORDERED.

14 | Dated:   **February 25, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

22 | Th/sing0262.JO.imm

2